AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JEFF WALBURN, et al.,**

        **Plaintiffs,**

**JUDGMENT IN A CIVIL CASE**

vs.

**CASE NO. C2-09-288**

**LOCKHEED MARTIN UTILITY SERVICES, INC.**

**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

        **Defendant.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed March 30, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 30, 2010         JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk